```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #:_____
                                          DATE FILED: 11/19/2019
```

-------------------------------------------------------------- X
                                          :
BILL WISSER                               :
                         Plaintiff,       :
                                          :
         -against-                        :         19-CV-9045 (VEC)
                                          :
                                          :         ORDER
GROUP NINE MEDIA, INC.,                   :
                                          :
                                          :
                         Defendant.       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed this lawsuit on September 29, 2019, *see* Dkt. 1;

WHEREAS on October 2, 2019, the Court referred that case to Mediation and stayed Defendant's time to answer or otherwise respond to the Complaint until thirty days after the conclusion of all Mediation in this case, *see* Dkt. 4;

WHEREAS on October 9, 2019, Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on Defendant, *see* Dkt. 5;

WHEREAS Defendant has not appeared in this case;

IT IS HEREBY ORDERED that Defendant's time to answer or otherwise respond to the Complaint is no longer stayed.

IT IS FURTHER ORDERED that no later than **December 3, 2019**, Defendant must file an appearance. If Defendant files an appearance, then Defendant's time to answer or otherwise respond to the Complaint is stayed until thirty days after the conclusion of all mediation. If Defendant does not file an appearance by December 3, 2019, then Plaintiff must apply for a certificate of default against Defendant no later than **December 9, 2019**. Within fourteen days of

receiving such a certificate, Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date: **November 19, 2019**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**